IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS AARON LEE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:25-CV-420-ECM-SMD |
| COVINGTON COUNTY JAIL, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Plaintiff's Motion to Reconsider Recommendation (Doc. 9), in which Plaintiff alleges that he did not receive the Court's Orders of July 14, 2025 (Docs. 4, 5) until September 15, 2025, and thus could not file a timely response. Therefore, Plaintiff seeks additional time in which to comply. Upon consideration of Plaintiff's Motion, it is ORDERED that:

(1)  Plaintiff's Motion (Doc. 9) is GRANTED to the following extent.

(2)  The deadline for Plaintiff to file a certified prison account statement, in accordance with the Court's Order of July 14, 2025 (Doc. 5) and as required by 28 U.S.C. § 1915(a)(2), is extended to **November 10, 2025**.

(3) The Recommendation of the Magistrate Judge entered on September 3, 2025 (Doc. 7) is WITHDRAWN.

DONE this 20th day of October, 2025.

/s/ Stephen M. Doyle
STEPHEN M. DOYLE
CHIEF UNITED STATES MAGISTRATE JUDGE